IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FREDRICK DEWAYNE MASON**                                                                        **PETITIONER**

**VS.**                           **CASE NO.: 5:14CV00293 JM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. In addition, the Court has considered Mr. Mason's objections to the Recommendation and has reviewed *de novo* those portions of the Recommendation to which Mr. Mason objects. After careful consideration, this Court adopts the Recommendation as its own. Fredrick Dewayne Mason's petition for writ of habeas corpus (docket entry #2) and amended petition (#9) are denied and dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 4th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE